NUMBER
13-10-00676-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

TEXAS STATE BOARD OF
NURSING,                                     Appellant,

 

                                                             v.

 

BERNARDINO PEDRAZA,
JR.,                                                     Appellee. 

____________________________________________________________

 

                            On
appeal from the 93rd District Court 

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

 Before Chief
Justice Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








Appellant
perfected an appeal from a judgment entered by the 93rd District Court of
Hidalgo County, Texas, in cause number C-2541-10-B.  Appellant has filed an
unopposed motion to dismiss the appeal on grounds that the issues raised in
this appeal are identical to and preserved in another appeal filed by
appellant.  For purposes of efficiency, appellant requests that this Court
dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER CURIAM

Delivered and filed the 

7th day of April, 2011.